UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE AT
KNOXVILLE

**AXLE LOGISTICS, LLC**

Plaintiff

v.                                                    Case No.:   **3:24-bk-30329-SHB**

**WILLIAM COOPER STOKES, V**

Defendant

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The plaintiff (judgment creditor) hereby makes application to the Clerk of the United States

Bankruptcy Court for the Eastern District of Tennessee for issuance of a Writ of Garnishment to

satisfy a judgment against the defendant (judgment debtor).  In support of this application, the

following information is provided:

1.   Judgment debtor's name:   **WILLIAM COOPER STOKES, V**

Social Security Number:   **8334**
(Restrict to last 4 digits)

Last known address:   **7833 STANLEY ROAD**

**POWELL, TENNESSEE 37894**

Nature of debt:   **SANCTIONS FOR CONTEMPT OF COURT**

Amount of judgment:   **$23,273.00**

Costs added (specify):   **0**

Interest:   **$369.56**

Less amount paid:   **0**

Unpaid balance:   **$23,642.56**

As of:   **November 27, 2024**

2.     The garnishee is believed to have possession of property (which may include non-exempt, disposable earnings) in which the defendant has a substantial non-exempt interest.

3.     Name and address of the garnishee:

**SOUTHLAND TRANSPORTATION COMPANY**

**C/O REGISTERED AGENTS, INC.**

**116 AGNES ROAD, KNOXVILLE, TN  37919**

This _____**27th**_____ day of _____**November**_____ , 20 **24** .

Attorney for Plaintiff (signature)

**M. EDWARD OWENS, JR.**
(Type or print attorney's name)

**900 S. GAY STREET, SUITE 300**
(Address)

**KNOXVILLE, TN  37902**

**(865) 546-4646**
(Telephone number)