**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE**

IN RE:
**WILLIAM COOPER STOKES, V,**                          **CASE NO. 3:24-bk-30329-SHB**

**Debtor.**                                                                    **Chapter 7**

## WITHDRAWAL OF APPLICATION

AXLE LOGISTICS, LLC hereby withdraws its Application for Writ of Continuing

Garnishment [Doc. 38] file November 27, 2024.

/s/ M. Edward Owens, Jr.
M. Edward Owens, Jr. (BPR #007159)
Lewis Thomason, P.C.
900 South Gay Street, Suite 300
P.O. Box 2425
Knoxville, Tennessee 37901
(865) 546-4646
eowens@lewisthomason.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Withdrawal of Application has been served jupon the following individuals by placing same in the U.S. Mail, postage prepaid (USM) or electronically (ECF):

Richard M. Mayer
John P. Newton, Jr.
Law Offices of Mayer & Newton
8351 E. Walker Springs Lane
Suite 100
Knoxville, TN 37923

F. Scott Milligan, Trustee
PO Box 12266
Knoxville, TN 37912

United States Trustee
800 Market Street, Suite 114
Howard H. Baker Jr. U.S. Courthouse
Knoxville, TN 37902

This the 3rd day of December, 2024.

/s/ M. Edward Owens, Jr.
M. Edward Owens, Jr. (BPR #007159)